Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
Jennifer R. Lloyd, Esq.
Nevada Bar No. 9617
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: jwf@h2law.com
Email: jl@h2law.com

*Attorneys for Plaintiffs*
*ActionCOACH OneCo, LLC*
*and ActionCOACH North America, LLC*

**UNITED STATE DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ACTIONCOACH NORTH AMERICA, LLC, a Nevada limited liability company and ACTIONCOACH ONECO, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br>vs.<br><br>ALLISON DUNN, an individual; and DOE INDIVIDUALS I-X and ROE CORPORATIONS I-X,<br><br>Defendants. | Case No. 2:19-cv-02244-APG-DJA<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE AND SERVE REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>(First Request)<br><br>**ORDER** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and LR IA 6-1, Plaintiffs ActionCOACH North America, LLC and ActionCOACH OneCo, LLC (together "Action Coach") and Defendant Allison Dunn ("Ms. Dunn"), hereby agree and stipulate, as follows:

1. Ms. Dunn removed this action from the Eighth Judicial District Court in and for Clark County, Nevada, on December 31, 2019. (*See* ECF No. 1.)

2. Action Coach filed its motion for preliminary injunction on January 6, 2020. (*See* ECF No. 3.) Ms. Dunn's opposition to the motion was due on January 20, 2020. LR 7-2(a).

3. At Ms. Dunn's request, Action Coach agreed to extend the time for Ms. Dunn to file and serve her opposition until January 27, 2020. Also at Ms. Dunn's request, Action Coach further agreed to extend the deadline to January 28, 2020. Ms. Dunn filed her opposition to the motion on January 28, 2020. (*See* ECF No. 11.)

1

4. Action Coach's reply is due on February 4, 2020. LR 7-2(a). To accommodate Plaintiff's counsel's workload and case schedule, the parties agree and stipulate to extend the time for Action Coach to file and serve its reply to February 11, 2020.

5. Good cause exists for the requested extension.

**IT IS SO AGREED AND STIPULATED:**

Dated: this 4th day of February, 2020.

| | |
|---|---|
| HOWARD & HOWARD ATTORNEYS PLLC | LINCOLN, GUSTAFSON & CERCOS |
| By: /s/ Jonathan W. Fountain <br> Jonathan W. Fountain, Esq. <br> Jennifer R. Lloyd, Esq. <br> 3800 Howard Hughes Pkwy., Suite 1000 <br> Las Vegas, NV 89169 <br> Tel. (702) 257-1483 <br> Email: jwf@h2law.com <br> Email: jl@h2law.com <br><br> *Attorneys for Plaintiffs* <br> *ActionCOACH OneCo, LLC* <br> *and ActionCOACH North America, LLC* | By: /s/ Shannon G. Splaine <br> Shannon G. Splaine, Esq. <br> 3960 Howard Hughes Pkwy., Suite 200 <br> Las Vegas, NV 89169 <br> Email: ssplaine@lgclawoffice.com <br><br> GOLDSTEIN LAW FIRM, PLLC <br><br> By: /s/ Jeffrey M. Goldstein <br> Jeffrey M. Goldstein, Esq. <br> (Will comply with LR IA 11-2 within 45 days) <br> 1629 K. St. N.W., Suite 300 <br> Washington, D.C., 20006 <br> Email: jgoldstein@goldlawgroup.com <br><br> *Attorneys for Defendant Allison Dunn* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: February 4, 2020.