**CLERK, U.S. DISTRICT COURT**
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO. – RM 1334
LAS VEGAS, NV 89101

OFFICIAL BUSINESS

19cv 2244

$000.50 MAR 03 2020 MAILED FROM ZIP CODE 89101

Jeffrey M Goldstein
Goldstein Law Firm, PLLC
1625 K Street, NW
Washington D.C., 20006

NIXIE     207     FE  1          0003/14/20
        RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD

BC: 89101706934    *0914-02805-04-02

RVS - Recipient Not

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
MAR 19 2020
DEPUTY

**Gavel - Order on Motion**
2:19-cv-02244-APG-DJA Actioncoach North America, LLC et al v. Dunn

## United States District Court

## District of Nevada

**Notice of Electronic Filing**

The following transaction was entered on 3/3/2020 at 11:05 AM PST and filed on 3/3/2020
**Case Name:** Actioncoach North America, LLC et al v. Dunn
**Case Number:** 2:19-cv-02244-APG-DJA
**Filer:**
**Document Number:** 18

**Docket Text:**
**ORDER granting [17] Verified Petition for Permission to Practice Pro Hac Vice for Attorney Jeffrey M Goldstein and approving Designation of Local Counsel, Shannon G. Splaine, for Allison Dunn. Signed by Judge Andrew P. Gordon on 3/3/2020.**

**Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov**
(Copies have been distributed pursuant to the NEF - DRS)

**2:19-cv-02244-APG-DJA Notice has been electronically mailed to:**

Jennifer R. Lloyd    jl@h2law.com, amc@h2law.com, sek@h2law.com, sg@h2law.com

Jonathan W Fountain    jwf@h2law.com, sg@h2law.com, sl2@h2law.com

Shannon G. Splaine    ssplaine@lgclawoffice.com, bpederson@lgclawoffice.com, sibarra@lgclawoffice.com

**2:19-cv-02244-APG-DJA Notice has been delivered by other means to:**

Jeffrey M Goldstein
Goldstein Law Firm, PLLC
1625 K Street, NW
Washington D.C., 20006

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=3/3/2020] [FileNumber=9646139-0]
[8607b8e7ba15918625724fc6523b6053e1c60afda53dd3039b8be36c030b3c929670
75e443394e70ee835b6a18554d35baffdc8d0d2f8128be14423b77bcfa24]]