Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
Jennifer R. Lloyd, Esq.
Nevada Bar No. 9617
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: jwf@h2law.com
Email: jl@h2law.com

*Attorneys for Plaintiffs*
*ActionCOACH OneCo, LLC*
*and ActionCOACH North America, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ACTIONCOACH NORTH AMERICA, LLC, a Nevada limited liability company and ACTIONCOACH ONECO, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLISON DUNN, an individual; and DOE INDIVIDUALS I-X and ROE CORPORATIONS I-X,<br><br>Defendants. | Case No. 2:19-cv-02244-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND CASE MANAGEMENT DEADLINES**<br><br>(First Request) |

Pursuant to District of Nevada Local Rule 26-3, Plaintiffs ActionCOACH North America, LLC and ActionCOACH OneCo, LLC (together "ActionCOACH" or "Plaintiffs") and Defendant Allison Dunn ("Defendant" or "Dunn"), hereby agree and stipulate to extend the remaining case management deadlines by 90 days, as follows:

1. <u>A Statement Specifying the Discovery Completed</u>.  The parties have each made their initial disclosures.  On May 15, 2020, Plaintiff's counsel convened a telephonic Rule 26(f) conference.  ActionCOACH served its initial Rule 26(a)(1)(A) disclosures on June 15, 2020.  Dunn served her initial Rule 26(a)(1)(A) disclosures on July 8, 2020.  In addition, the parties have each served one set of written discovery.  On September 24, 2020, ActionCOACH served its first set of interrogatories and its first set of document requests upon Dunn.  Dunn requested

1

and ActionCOACH granted Dunn a 10-day extension of time to serve written objections and responses. Dunn served her written objections and responses on November 2, 2020. Dunn is presently working on compiling responsive documents to produce in response to ActionCOACH's document requests. Dunn served ActionCOACH with her first interrogatories and her first document requests on November 10, 2020. ActionCOACH's written responses are presently due on December 10, 2020. No party has served any subpoenas and no party has noticed any depositions.

2. <u>A Specific Description of the Discovery that Remains to be Completed</u>. ActionCOACH intends to follow-up on certain of Dunn's interrogatory answers and responses to document requests through a meet-and-confer with Dunn's counsel. ActionCOACH must also review Dunn's document production. ActionCOACH also intends to subpoena certain third parties for whom Dunn provided business coaching services. ActionCOACH also intends to take Dunn's deposition after it has reviewed her document production and after it has received and reviewed subpoenaed documents. Dunn intends to obtain written responses and discovery documents from ActionCOACH and take ActionCOACH's deposition.

3. <u>The Reasons why the Deadline was not Satisfied</u>. The parties have been slow to conduct discovery in light of the current COVID-19 pandemic and associated restrictions on travel and in-person meetings that have limited their ability to take effective, in-person, depositions. It has been the parties' respective hope that such restrictions would be eliminated by now, allowing for "normal" discovery methods to proceed. However, to date, that has not occurred. In addition, ActionCOACH needs to review Dunn's document production and documents it intends to obtain by subpoena before it can take her deposition. Further, Dunn cannot yet take ActionCOACH's deposition because the time for ActionCOACH to respond to Dunn's discovery requests has yet to run. In light of the foregoing, the parties agree that good cause exists to extend the remaining case management deadlines.

///
///
///

4. <u>A Proposed Schedule for Completing all Remaining Discovery</u>.

The parties proposed the following extension of the case management deadlines:

| Current Remaining Deadlines | Proposed New Deadline |
|---|---|
| Discovery Cutoff – 12/11/2020 | 3/11/2021 |
| Dispositive Motions – 1/11/2021 | 4/11/2021 |
| Joint Pretrial Order – 2/10/2021 | 5/10/2021 |

Dated this 20th day of November, 2020

**IT IS SO AGREED AND STIPULATED:**

HOWARD & HOWARD
ATTORNEYS PLLC

By: /s/ Jonathan W. Fountain
Jonathan W. Fountain, Esq.
Jennifer R. Lloyd, Esq.
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: jwf@h2law.com
Email: jl@h2law.com

*Attorneys for Plaintiffs
ActionCOACH OneCo, LLC
and ActionCOACH North America, LLC*

LINCOLN, GUSTAFSON & CERCOS

By: /s/ Shannon G. Splaine
Shannon G. Splaine, Esq.
3960 Howard Hughes Pkwy., Suite 200
Las Vegas, NV 89169
Email: ssplaine@lgclawoffice.com

GOLDSTEIN LAW FIRM, PLLC

By: /s/ Jeffrey M. Goldstein
Jeffrey M. Goldstein, Esq.
(Will comply with LR IA 11-2 within 45 days)
1629 K. St. N.W., Suite 300
Washington, D.C., 20006
Email: jgoldstein@goldlawgroup.com

*Attorneys for Defendant Allison Dunn*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 23, 2020

4832-3983-2274, v. 2

3