# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ACTIONCOACH NORTH AMERICA, LLC, et al.,<br><br>Plaintiffs<br><br>v.<br><br>ALLISON DUNN,<br><br>Defendant | Case No.: 2:19-cv-02244-APG-DJA<br><br>**Order for Stipulation of Dismissal or Status Report** |

On January 21, 2021, the parties advised the court that they had settled this matter and would file a stipulation to dismiss. Several months have passed, and no stipulation of dismissal has been filed.

I THEREFORE ORDER that by May 21, 2021, the parties shall file a stipulation of dismissal or a status report. The failure to comply with this order may result in dismissal of this case without further notice.

DATED this 6th day of May, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE