Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: jwf@h2law.com

*Attorneys for Plaintiffs ActionCOACH OneCo, LLC and ActionCOACH North America, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ACTIONCOACH NORTH AMERICA, LLC, a Nevada limited liability company and ACTIONCOACH ONECO, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLISON DUNN, an individual; and DOE INDIVIDUALS I-X and ROE CORPORATIONS I-X,<br><br>Defendants. | Case No. 2:19-cv-02244-APG-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE WITH EACH PARTY TO BEAR ITS OWN ATTORNEYS' FEES AND COSTS** |

The parties, having previously dismissed this action *without* prejudice, and now desiring to dismiss this action *with* prejudice, hereby agree and stipulate, pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure, to dismiss this action, in its entirety, including all claims and counterclaims, with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED:**

Dated: this 2nd day of June 2023,

| | |
|---|---|
| HOWARD & HOWARD ATTORNEYS PLLC | LINCOLN, GUSTAFSON & CERCOS |
| By: /s/ Jonathan W. Fountain<br>Jonathan W. Fountain, Esq.<br>3800 Howard Hughes Pkwy., Suite 1000<br>Las Vegas, NV 89169<br>Tel. (702) 257-1483<br>Email: jwf@h2law.com<br><br>*Attorneys for Plaintiffs ActionCOACH OneCo, LLC and ActionCOACH North America, LLC* | By: /s/ Shannon G. Splaine<br>Shannon G. Splaine, Esq.<br>7670 W. Lake Mead Blvd., Suite 200<br>Las Vegas, NV 89128<br>Email: ssplaine@lgclawoffice.com<br><br>GOLDSTEIN LAW FIRM, PLLC<br><br>By: /s/ Jeffrey M. Goldstein<br>Jeffrey M. Goldstein, Esq.<br>(Admitted *pro hac vice*) |

1629 K. St. N.W., Suite 300
Washington, D.C., 20006
Email: jgoldstein@goldlawgroup.com

*Attorneys for Defendant Allison Dunn*

**IT IS SO ORDERED:**

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE
2:19-cv-02244-APG-DJA
Actioncoach North America v. Dunn

DATED: June 13, 2023

4835-9029-2184, v. 1

2